

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00592-CR

Joaquin Alberto **DAVILA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013CRB377-L2
Honorable Jesus Garza, Judge Presiding

## ORDER

  The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 12, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Omar Salinas      Isidro R. Alaniz
   Public Defender's Office   Webb County District Attorney
   1110 Washington, Suite 102  1110 Victoria St. Ste 401
   Laredo, TX 78040     Laredo, TX 78040